UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ADAM FAUST, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BROOKE ROLLINS, in her official capacity )<br>as United States Secretary of Agriculture, )<br>)<br>Defendant. )<br>) | Case No. 1:25-cv-854 |

## NOTICE OF APPEARANCE

Cassandra M. Snyder, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendant in the above-captioned matter.

Dated: August 22, 2025

Respectfully submitted,

/s/ *Cassandra M. N. Snyder*
CASSANDRA M. N. SNYDER
*Trial Attorney* (D.C. Bar. No. 1671667)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*