UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ADAM FAUST, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )  Case No. 1:25-cv-854 |
| BROOKE ROLLINS, in her official capacity as United States Secretary of Agriculture, | )<br>)<br>) |
| Defendant. | )<br>) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

PLEASE TAKE NOTICE of the withdrawal and substitution of counsel for Defendant in this action. Natalie Villalon, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance and will replace Cassandra Snyder, who hereby withdraws as counsel for Defendant in the above-captioned case. Pursuant to Civ. Local Rule 7.1(e)(2), counsel affirm that Defendant consents to the withdrawal and substitution and that the withdrawal and substitution will not delay the trial or other progress of the case.

Dated: September 5, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendant*

*/s/ Cassandra M. N. Snyder*
CASSANDRA M. N. SNYDER
Trial Attorney (D.C. Bar. No. 1671667)
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov