UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

|  |  |
|---|---|
| ADAM FAUST, <br><br> Plaintiff, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as United States Secretary of Agriculture, <br><br> Defendant. | Case No. 1:25-cv-854 |

## NOTICE OF APPEARANCE

Natalie M. Villalon, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendant in the above-captioned case.

Dated: September 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendant*