# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

ADAM FAUST,

    Plaintiff,

v.

BROOKE ROLLINS, in her official capacity
as United States Secretary of Agriculture,

    Defendant.

Case No. 1:25-cv-854

## JOINT STATUS REPORT

Defendant Brooke Rollins, in her official capacity as United States Secretary of Agriculture, and Plaintiff Adam Faust, by and through undersigned counsel, hereby respectfully submit this joint status report pursuant to the Court's February 24, 2026, Order, ECF No. 16. No entities intervened by the deadline of March 31, 2026, set by the Court. The parties are presently engaging in settlement discussions and therefore request a 30-day stay of proceedings. The parties propose submitting another Joint Status Report on May 14, 2026.

Dated: April 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendant*


WISCONSIN INSTITUTE FOR
LAW & LIBERTY

*s/ Daniel P. Lennington*
Daniel P. Lennington
1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455
dan@will-law.org

Attorneys for Plaintiff

2