## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| ADAM FAUST,<br><br>    Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as United States Secretary of Agriculture,<br><br>    Defendant. | Case No. 1:25-cv-854 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate that all claims against Defendant in this action shall be dismissed with prejudice.

Dated: May 14, 2026

WISCONSIN INSTITUTE FOR LAW & LIBERTY

*/s/ Daniel P. Lennington*

Daniel P. Lennington
1241 N. Franklin Place
Milwaukee, WI 53202
Telephone: (414) 727-9455
Nathalie@will-law.org
Dan@will-law.org

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director

*/s/ Natalie M. Villalon*
NATALIE M. VILLALON
D.C. Bar No. 90015127
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 860-9963
Natalie.M.Villalon@usdoj.gov

*Counsel for Defendant*